**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XENOPORT, INC., | CASE NO. 5:12-cv-01544 EJD |
| Plaintiff(s), | **ORDER STAYING MOTION BRIEFING** |
| v. | |
| GLAXO GROUP LIMITED, et. al., | |
| Defendant(s). | |

In light of the four related motions to seal currently pending before the court (see Docket Item Nos. 17, 28, 31, 32), further briefing on both Defendant's Motion to dismiss and transfer venue and Plaintiff's Motion to remand is STAYED. The court will provide further deadlines in the order addressing the motions to seal.

**IT IS SO ORDERED.**

Dated: April 18, 2012

EDWARD J. DAVILA
United States District Judge