1  HAROLD J. MCELHINNY (BAR NO. 66781)
    HMcElhinny@mofo.com
2  MARK W. DANIS (BAR NO. 147948)
    MDanis@mofo.com
3  MORRISON & FOERSTER LLP
    425 Market Street
4  San Francisco, California  94105-2482
    Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ERIC C. PAI (BAR NO. 247604)
    EPai@mofo.com
7  MORRISON & FOERSTER LLP
    755 Page Mill Road
8  Palo Alto, California  94304-1018
    Telephone: 650.813.5600
9  Facsimile: 650.494.0792

10  Attorneys for Plaintiff
     XENOPORT, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16

17  XENOPORT, INC., a Delaware corporation,        Case No.   CV 12-01544 EJD

18               Plaintiff,                        **ORDER GRANTING IN PART PLAINTIFF XENOPORT, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

19         v.

20  GLAXO GROUP LIMITED, a U.K. corporation,
     GLAXOSMITHKLINE LLC, a Delaware limited       Place:  Courtroom 4, 5th Floor
21  liability company, and GLAXOSMITHKLINE         Judge:  Hon. Edward J. Davila
     HOLDINGS (AMERICAS) INC., a Delaware
22  corporation,

23               Defendants.

24

25

26

27

28

ORDER GRANTING PLAINTIFF XENOPORT, INC.'S ADMIN MOTION TO FILE UNDER SEAL
CV 12-01544 EJD

1     This matter comes before the Court on Plaintiff XenoPort, Inc.'s ("XenoPort")

2 Administrative Motion to File Under Seal Portions of XenoPort, Inc.'s Motion to Remand and

3 Exhibits B, D, and F to the Declaration of Mark W. Danis ("Administrative Motion to File Under

4 Seal"). Having considered the arguments and evidence submitted and for good cause appearing:

5     IT IS HEREBY ORDERED THAT XenoPort's Administrative Motion to File Under Seal

6 is GRANTED in part. The unredacted versions of the Motion to Remand and Exhibit F shall

7 be filed under seal, and redacted versions of these documents shall be filed publicly. Exhibit F shall be sealed in its entirety.

8     IT IS FURTHER ORDERED THAT the motion is denied as to Exhibit B. XenoPort represents that Defendants may assert the contents of Exhibit B are confidential. Defendants, however, have not filed a declaration establishing the information is sealable. See Civil L.R. 79-5(d).

10 Dated: May 1, 2012

12                                      EDWARD J. DAVILA
13                                      United States District Judge

ORDER GRANTING PLAINTIFF XENOPORT, INC.'S ADMIN MOTION TO FILE UNDER SEAL
CV 12-01544 EJD                                                    1