1  HAROLD J. MCELHINNY (BAR NO. 66781)
   HMcElhinny@mofo.com
2  MARK W. DANIS (BAR NO. 147948)
   MDanis@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ERIC C. PAI (BAR NO. 247604)
   EPai@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
9  Facsimile: 650.494.0792

10 Attorneys for Plaintiff
   XENOPORT, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16

17 XENOPORT, INC., a Delaware corporation,          Case No.    CV 12-01544 EJD

18             Plaintiff,                           **ORDER**
                                                    **GRANTING IN PART PLAINTIFF**
                                                    **XENOPORT, INC.'S**
19      v.                                          **ADMINISTRATIVE MOTION TO**
                                                    **FILE UNDER SEAL**
20 GLAXO GROUP LIMITED, a U.K. corporation,
   GLAXOSMITHKLINE LLC, a Delaware limited
21 liability company, and GLAXOSMITHKLINE           Place:    Courtroom 4, 5th Floor
   HOLDINGS (AMERICAS) INC., a Delaware             Judge:    Hon. Edward J. Davila
22 corporation,

23             Defendants.

24

25

26

27

28

1    This matter comes before the Court on Plaintiff XenoPort, Inc.'s ("XenoPort")

2   Administrative Motion to File Under Seal Portions of XenoPort, Inc.'s Motion to Remand and

3   Exhibits B, D, and F to the Declaration of Mark W. Danis ("Administrative Motion to File Under

4   Seal").  Having considered the arguments and evidence submitted and for good cause appearing:

5    IT IS HEREBY ORDERED THAT XenoPort's Administrative Motion to File Under Seal

6   is GRANTED "KP "RCTV.  The unredacted versions of the Motion to Remand and Exhibit "F shall

7   be filed under seal, and redacted versions of these documents shall be filed publicly. Gzjkdk"F
    shall be sealed in its entirety.

8    IT IS FURTHER ORDERED THAT the motion is denied as to Exhibit

9   B. XenoPort represents that Defendants may assert the contents
    of Exhibit B are confidential. Defendants, however, have not filed

10  Dated: _May 1_", 2012  a declaration establishing the information is

11        sealable. See Civil L.R. 79-5(d).

12                              _____
                                EDWARD J. DAVILA
13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28