UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XENOPORT, INC., | Case No.: 5:12-CV-1544 EJD |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| GLAXO GROUP LIMITED, ET AL., | **(Re: Docket No. 44)** |
| Defendants. | |

On April 18, 2012, the court stayed the briefing schedule on Plaintiff Xenoport, Inc.'s ("Xenoport") motion to remand and Defendants' motion to dismiss and motion to transfer or to stay the action. Having addressed the pending motions to seal related to those motions, the court sets the following briefing schedule.

IT IS HEREBY ORDERED that Xenoport shall file the redacted version of the motion to remand in the public record no later than May 4, 2012. Defendants shall file any opposition brief no later than May 18, 2012. Xenoport shall file any reply brief no later than May 25, 2012.

IT IS FURTHER ORDERED that Defendants shall file the redacted version of the motion to dismiss and the redacted version of the motion to transfer or stay the action in the public record no later than May 4, 2012. Xenoport shall file any opposition briefs no later than May 18, 2012. Defendants shall file any reply briefs no later than May 25, 2012.

IT IS FURTHER ORDERED that the court schedules a hearing on these motions on

1  June 15, 2012.

2  Dated: May 2, 2012

                                              EDWARD J. DAVILA
                                              United States District Judge

**United States District Court**
For the Northern District of California

2

Case No.: 5:12-CV-1544 EJD
ORDER SETTING BRIEFING SCHEDULE