Lorenzo E. Gasparetti (SBN 135976)
lgasparetti@reedsmith.com
Michelle Lyu Cheng (SBN 239711)
mcheng@reedsmith.com
Farah Tabibkhoei (SBN 266312)
ftabibkhoei@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Scott D. Baker (SBN 84923)
sbaker@reedsmith.com
Raymond Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 2nd St. Ste. 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
GLAXO GROUP LIMITED,
GLAXOSMITHKLINE LLC, and
GLAXOSMITHKLINE HOLDINGS
(AMERICAS) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XENOPORT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GLAXO GROUP LIMITED, a U.K. corporation, and GLAXOSMITHKLINE, LLC, a Delaware limited liability company, and GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:12-cv-01544-EJD-PSG<br>**MODIFIED**<br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR DEFENDANTS GLAXO GROUP LIMITED, GLAXOSMITHKLINE LLC, AND GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.'S MOTION FOR PROTECTIVE ORDER**<br><br>Compl. Filed: February 24, 2012<br><br>Hon. Paul Singh Grewal, Magistrate<br>Courtroom: 5 – 4th Floor |

## STIPULATION

Defendants Glaxo Group Limited, GlaxoSmithKline LLC, GlaxoSmithKline Holdings (Americas) Inc. ("Defendants") and Plaintiff XenoPort, Inc. ("Plaintiff"), by and through their respective counsel of record, pursuant to Civil Local Rules 6-1, 6-2, 7-12, and Section II. A. of Magistrate Judge Paul S. Grewal's Standing Order, hereby stipulate and agree as follows:

WHEREAS, on Monday, June 25, 2012, Defendants will file a Motion for Protective Order ("Motion");

WHEREAS, Local Rule 7-2 provides, in pertinent part, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion.

WHEREAS, Local Rule 7-3 provides, in pertinent part, that any opposition to the Motion must be served and filed not more than fourteen (14) days after the Motion is served and filed and any reply must be served and filed not more than seven (7) days after the opposition is served and filed,

WHEREAS, Section II. A. of Magistrate Judge Grewal's Standing Order requires either a stipulation pursuant to Local Rule 6-2 or a motion pursuant to Local Rule 6-3 for any request to have a discovery motion heard on a shortened time,

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

1. Defendants shall file their Motion for Protective Order on Monday, June 25, 2012;

2. Plaintiff shall file its opposition to the Motion no later than Friday, June 29, 2012 at 5:00 P.M. Pacific Standard Time;

3. ~~Defendants shall file their reply, if any, in support of their Motion no later than Monday, July 2, 2012, and~~ No reply will be considered.

//
//
//
//
//

4. Defendants' Motion for Protective Order shall be heard by this Court on **Tuesday, July 3, 2012** at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: June 25, 2012.   REED SMITH LLP

By _/s/ signature_
Lorenzo E. Gasparetti
Raymond A. Cardozo
Michelle Lyu Cheng
Attorneys for Defendants
GLAXO GROUP LIMITED,
GLAXOSMITHKLINE LLC, and
GLAXOSMITHKLINE HOLDINGS
(AMERICAS) INC.

DATED: June 25, 2012.   MORRISON & FOERSTER LLP

By    /s/ Mark W. Danis
Harold J. McElhinny
Mark W. Danis
Eric C. Pai
Attorneys for Plaintiff
XENOPORT, INC.

STIPULATION AND [PROPOSED] ORDER

## ORDER

Defendants' Motion for Protective Order shall be heard by this Court on **Tuesday, July 3, 2012** at 10:00 a.m. The Parties shall follow the abbreviated briefing schedule as stipulated. Specifically, Defendants shall file their Motion for Protective Order on Monday, June 25, 2012; Plaintiff's opposition to the Motion shall be filed no later than Friday, June 29, 2012 at 5:00 P.M. Pacific Standard Time; ~~and Defendants shall file their reply, if any, in support of their Motion no later than on Monday, July 2, 2012.~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 26, 2012.

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

- 4 -
STIPULATION AND [PROPOSED] ORDER