**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XENOPORT, INC., | CASE NO. 5:12-cv-01544 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| v. | |
| GLAXO GROUP LIMITED, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled action is referred to Magistrate Judge Joseph C. Spero for a settlement conference to occur no later than October 31, 2012. The parties are instructed to contact Judge Spero's chambers to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: August 20, 2012

EDWARD J. DAVILA
United States District Judge