HAROLD J. MCELHINNY (BAR NO. 66781)
HMcElhinny@mofo.com
MARK W. DANIS (BAR NO. 147948)
MDanis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIC C. PAI (BAR NO. 247604)
EPai@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
XENOPORT, INC.

[Counsel information for Defendants on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XENOPORT, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLAXO GROUP LIMITED, a U.K. corporation, GLAXOSMITHKLINE LLC, a Delaware limited liability company, and GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.   CV 12-01544 EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION**<br><br>Judge:   Hon. Edward J. Davila |

1  Pursuant to Civil Local Rule 7-12, and Rule 41(a)(1)(A) of the Federal Rules of Civil
2  Procedure, Plaintiff XenoPort, Inc. and Defendants Glaxo Group Limited, GlaxoSmithKline LLC,
3  and GlaxoSmithKline Holdings (Americas) Inc., through their undersigned counsel of record,
4  hereby stipulate to the dismissal with prejudice of the above-captioned action.  Each party shall
5  bear its own costs, expenses and attorneys' fees.
6  Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated:  November 9, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: _/s/ Mark W. Danis_<br>    Mark W. Danis |
| 4 | | Attorneys for Plaintiff<br>XENOPORT, INC. |
| 5 | | |
| 6 | Dated:  November 9, 2012 | REED SMITH LLP |
| 7 | | |
| 8 | | By: _/s/ Lorenzo E. Gasparetti_<br>    Lorenzo E. Gasparetti |
| 9 | | Lorenzo E. Gasparetti (SBN 135976)<br>lgasparetti@reedsmith.com |
| 10 | | Michelle Lyu Cheng (SBN 239711)<br>mcheng@reedsmith.com |
| 11 | | Farah Tabibkhoei (SBN 266312)<br>ftabibkhoei@reedsmith.com |
| 12 | | REED SMITH LLP<br>355 South Grand Avenue, Suite 2900 |
| 13 | | Los Angeles, CA 90071-1514<br>Telephone: +1 213 457 8000 |
| 14 | | Facsimile: +1 213 457 8080 |
| 15 | | Scott D. Baker (SBN 84923)<br>sbaker@reedsmith.com |
| 16 | | Raymond Cardozo (SBN 173263)<br>rcardozo@reedsmith.com |
| 17 | | REED SMITH LLP<br>101 2nd St. Ste. 1800 |
| 18 | | San Francisco, CA 94105<br>Telephone: +1 415 543 8700 |
| 19 | | Facsimile: +1 415 391 8269 |
| 20 | | Attorneys for Defendants<br>GLAXO GROUP LIMITED, |
| 21 | | GLAXOSMITHKLINE LLC, and<br>GLAXOSMITHKLINE HOLDINGS |
| 22 | | (AMERICAS) INC. |

### ATTESTATION

I, Mark W. Danis, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lorenzo E. Gasparetti has concurred in this filing.

Dated: November 9, 2012          _/s/ Mark W. Danis_
                                  Mark W. Danis

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
CV 12-01544 EJD
sf-3198750

2

1
2
**ORDER**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.
The clerk shall close this file.

4  Dated:  November 14, 2012

5

6                                              _____
                                               Honorable Edward J. Davila
7                                              United States District Judge
                                               Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
CV 12-01544 EJD                                                                    3
sf-3198750